**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1754**

———————————

ANDREW A. GOGLIA,

                                Plaintiff - Appellant,

    versus

UNITED STATES SELECTIVE SERVICE SYSTEM; UNITED
STATES DEPARTMENT OF EDUCATION,

                                Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-97-3986-DKC)

———————————

Submitted:  August 13, 1998        Decided:  August 31, 1998

———————————

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Andrew A. Goglia, Appellant Pro Se.  George Levi Russell, III,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Goglia v. United States Selective Serv. Sys.</u>, No. CA-97-3986-DKC (D. Md. Apr. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>